IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

WALTER PETTWAY                                                                          PLAINTIFF

vs.                                                           CIVIL ACTION NO. 5:08cv283 KS-MTP

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA                                                                  DEFENDANT

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause having come on for hearing on the joint informal motion of Plaintiff Walter Pettway ("Pettway") and Defendant The Prudential Insurance Company of America ("Prudential") for dismissal, with prejudice, of all claims that were or could have been asserted herein by Pettway against Prudential, and the Court noting the agreement of Pettway and Prudential to the requested relief, finds that this motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims of Pettway and this action against Prudential are hereby dismissed in their entirety with prejudice, with the parties to bear their respective costs and attorney fees; and Prudential is hereby dismissed with prejudice from this action.

SO ORDERED AND ADJUDGED, this the 7th day of December, 2009.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE

Agreed:


s/John G. Jones
Paul Kelly Loyacono (MB # 1473)
Post Office Box 1150
Vicksburg, MS 39181-1150

John G. Jones (MB # 3217)
Post Office Box 13960
Jackson, MS 39236-3960

**Counsel for Plaintiff**


s/Roy H. Liddell
Roy H. Liddell (MB # 1252)
WELLS MARBLE & HURST, PLLC
P. O. Box 131
Jackson, MS 39205-0131

**Counsel for Defendant**